United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LEON ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>CBRE GROUP, INC.,<br><br>Defendant. | Case No. 22-cv-06795-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a letter with the Court on November 2, 2022, which the Court construed as an attempt to file a civil rights action. ECF No. 2. He also filed a request to waive fees on a form prepared by the Judicial Council of California for state courts. ECF No. 3. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) he had not submitted his complaint or petition on the proper form; and (2) he had not submitted a proper *in forma pauperis* application or paid the filing fee. ECF. Nos. 4, 5. The Court informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the required documents.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain both (1) a complaint on the proper form and (2) either the full filing fee or a complete *in forma pauperis* application on the appropriate form with the required supporting documents.

**IT IS SO ORDERED.**

Dated: January 6, 2023

1
2   _____
    TRINA L. THOMPSON
    United States District Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

2